```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0250--CV (JKS)
"NINILCHIK CHARTERS LLC V CATERPILLER INC"

Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/08/04
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (4) Incorporated or Principal Place of Business in This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (195) Contract product liability

             Origin: (2) Removed from State Court
             Demand: 50
         Filing fee: Paid $150.00 on 10/08/04 receipt # 00124164
           Trial by: Jury
```

Parties of Record:                                Counsel of Record:

---

| | | |
|---|---|---|
| PLF 1.1 | NINILCHIK CHARTERS LLC | Leonard R. Anderson<br>Davis,Randall,Anderson & Mathis<br>405 W. 36th Avenue, Suite 200<br>Anchorage, AK 99503-5872<br>907-561-4420<br>FAX 907-562-7888 |
| DEF 1.1 | CATERPILLAR INC | Frank A. Pfiffner<br>Hughes Bauman et al<br>3900 "C" Street, Suite 1001<br>Anchorage, AK 99503-5931<br>907-274-7522<br>FAX 907-263-8320<br><br>Daniel W. Bir<br>Detert Moran & Arnold<br>801 S. Figueroa Street, #1800<br>Los Angeles, CA 90017<br>213-426-6900<br>FAX 213-426-6921<br><br>Elliott D. Olson<br>Detert Moran & Arnold<br>801 S. Figueroa Street, Ste 1800<br>Los Angeles, CA 90017<br>213-426-6900<br>FAX 213-426-6921 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0250--CV (JKS)
                      "NINILCHIK CHARTERS LLC V CATERPILLER INC"

                              For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 10/08/04
         Closed: NO

   Jurisdiction: (4) Diversity (see citizenship of parties)
  PLF Diversity: (4) Incorporated or Principal Place of Business in This State
  DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

 Nature of Suit: (195) Contract product liability

         Origin: (2) Removed from State Court
         Demand: 50
     Filing fee: Paid $150.00 on 10/08/04 receipt # 00124164
       Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/08/04 | DEF 1 Notice of Removal from Superior Court 3AN-04-9802CI w/att exhs. |
| 2 - 1 | 10/08/04 | DEF 1 Attorney Appearance of F. Pfiffner. |
| 3 - 1 | 10/08/04 | DEF 1 Service List. |
| 4 - 1 | 10/08/04 | DEF 1 Jury Demand. |
| 5 - 1 | 10/08/04 | DEF 1 Answer to First Amended Complaint. |
| 6 - 1 | 10/12/04 | JKS Minute Order to Petitioner Subsequent to Removal. Petitioner to file w/crt copies of state crt docs and svc list. cc: cnsl |
| 7 - 1 | 10/12/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 8 - 1 | 10/18/04 | DEF 1 Notice of compliance. |
| 9 - 1 | 11/09/04 | DEF 1 FRCP 7.1 disclosure statement. |
| 10 - 1 | 11/09/04 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 11 - 1 | 11/10/04 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 12/31/05; Dispositive motions deadline 01/30/06. cc: cnsl |
| 12 - 1 | 01/31/05 | DEF 1 motion & app on non-res atty Daniel Bir for permission to appear & participate w/att exh. |
| 13 - 1 | 01/31/05 | DEF 1 motion & app of non-res atty Elliott Olson for permission to appear & participate w/att exhs. |
| 12 - 2 | 02/04/05 | JWS Order granting motion & app on non-res atty Daniel Bir for permission to appear & participat (12-1).  cc: cnsl |
| 13 - 2 | 02/04/05 | JWS Order granting motion & app of non-res atty Elliott Olson for permission to appear & partici (13-1). cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0250--CV (JKS)
"NINILCHIK CHARTERS LLC V CATERPILLER INC"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 05/31/05 | DEF 1 Notice of change of firm and address. |
| 15 - 1 | 09/01/05 | PLF 1; DEF 1 Stipulated protective order re nondisclosure of confidential information. |
| 16 - 1 | 09/01/05 | PLF 1; DEF 1 Stipulation for modifying scheduling and planning order. |
| 15 - 2 | 09/07/05 | JKS Order granting stipulation protective order re nondisclosure of confidential information (15-1). cc: cnsl |
| 16 - 2 | 09/07/05 | JKS Order granting stipulation for modifying scheduling and planning order (16-1) & setting the following dates: Discovery to close 02/28/06; Dispositive motions deadline 03/30/06. cc: cnsl |
| 17 - 1 | 11/04/05 | PLF 1 Notice of name change of firm from David & Davis, P.C. to Davis, Randall, Anderson & Mathis, P.C. |