FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 30 PM 3: 28

Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant
Caterpillar Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NINILCHIK CHARTERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CATERPILLAR, INC., a Delaware corporation,<br><br>Defendant. | Case No. A04-0250 CV (JKS) |

### STIPULATION TO MODIFY PRETRIAL DEADLINES

Come now the parties by and through counsel of record, and stipulate that the Scheduling and Planning Order in this matter be amended as follows:

1. Expert disclosures and reports from retained experts shall be due on **January 9, 2006;**

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX



2.  Final witness lists (expert and lay witnesses) shall be due on **January 9, 2006.**

DAVIS, RANDALL, ANDERSON & MATHIS, P.C.
Attorneys for Plaintiff

Dated: 11/30/05   By: _____
Leonard R. Anderson
ABA No. 9411092

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
Attorneys for Defendant Caterpillar Inc.

Dated: 11·30·5   By: _____
Frank A. Pfiffner
ABA No. 7505032

**FILED**
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

**It is so ORDERED**
Dated: 12/1/05
_____
United States District Judge

A04-0250--CV (JKS)   12/6/05
F. PFIFFNER (HUGHES)
L. ANDERSON

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*STIPULATION TO MODIFY PRETRIAL DEADLINES*
*Ninilchik Charters, LLC v Caterpillar Inc. / Case No. A04-0250CV (JKS)*
*(8367-2/240420)*   Page 2 of 2