Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Phone: (907) 263-8241
Fax: (907) 263-8320
E-mail: fap@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Caterpillar Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NINILCHIK CHARTERS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>CATERPILLAR, INC., a Delaware corporation,<br><br>   Defendant. | Case No. A04-0250 CV (JKS) |

## PROPOSED ORDER

Pursuant to Stipulation of the parties dated January 8, 2006, the Pretrial Order in this matter is modified so that all discovery must be scheduled so as to be completed by June 30, 2006 and all associated disclosure deadlines shall travel with this discovery close date.

DATED this _____ day of _____, 2006.

_____
James K. Singleton, Jr.
United States District Court Judge

Certificate of Service

I hereby certify that on January 9, 2006,
a copy of the foregoing Proposed
Order was served on the following by
regular U.S. mail:

Leonard R. Anderson
Davis, Randall, Anderson, & Mathis, PC
405 W. 36th Avenue, Suite 200
Anchorage, AK 99503-5872

/s/ Frank A. Pfiffner_____