```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3

 4   NINILCHIK CHARTERS, LLC,
          Plaintiff,
 5
     vs.
 6
     CATERPILLAR, INC; a Delaware
 7   Corporation,
          Defendant.
 8   _____
     Case No. A04-0250 CV (JKS)
 9

10

11              DEPOSITION OF ELDON SUMMERS,

12                 Pages 1-37, inclusive

13                Commencing at 1:00 p.m.

14              Thursday, November 10, 2005

15                   Anchorage, Alaska

16

17

18              Alaska Stenotype Reporters
                  511 West Ninth Avenue
19              Anchorage, AK 99501-3520
                 Serving Alaska Since 1953
20

21   Rick D. McWilliams, RPR, Ret.     Telephone 907.276.1680
     Fred M. Getty, RPR, Ret.          Email AkSteno@aol.com
22                                         Fax 907.276-8016

23

24

25
```

(stamped: ORIGINAL)

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                      FOR THE DISTRICT OF ALASKA
 3
 4   NINILCHIK CHARTERS, LLC,
         Plaintiff,
 5
     vs.
 6
     CATERPILLAR, INC; a Delaware
 7   Corporation,
         Defendant.
 8   _____
     Case No. A04-0250 CV (JKS)
 9
10                   DEPOSITION OF ELDON SUMMERS,
11   taken on behalf of the defendant, pursuant to notice, at
12   the law offices of Hughes, Bauman, Pfiffner, Gorski and
13   Seedorf, 3900 C Street, Suite 1001, Anchorage, Alaska
14   before Rosie S. Scott, Certified Shorthand Reporter for
15   Alaska Stenotype Reporters and Notary Public for the
16   State of Alaska.
17
18
19
20
21
22
23
24
25
```

```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2

 3    For the Plaintiff:   DAVIS AND DAVIS
                           By:  Leonard R. Anderson
 4                         405 West 36th Avenue
                           Suite 200
 5                         Anchorage, Alaska 99503
                           (907) 561-4420
 6

 7    For the Defendant:   SEDGWICK DETERT MORAN AND ARNOLD
                           By:  Daniel W. Bir
 8                         801 South Figueroa Street
                           Eighteenth Floor
 9                         Los Angeles, CA 90017-5556
                           (213) 615-8051
10

11

12

13
      Also present:        Michael Flores
14

15

16

17    Reported By:         Rosie S. Scott, Certified
                           Shorthand Reporter
18

19

20

21

22

23

24

25
```

```
                              I-N-D-E-X
 1
 2
 3    EXAMINATION BY:                                    PAGE
 4
 5         Mr. Bir                                         5
 6         Mr. Anderson                                   37
 7
 8
 9
10    EXHIBITS:
11         Exhibit 1, Deposition Notice                  31
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        Q.    Okay.  The day the engine failed, you guys --
 2   if you could walk me through what you remember, as far as
 3   going out.  You did your normal routine in the morning,
 4   correct, as far as warming the boat up; you loaded the
 5   passengers on, correct?
 6        A.    Correct.
 7        Q.    You were idling out, correct?
 8        A.    Correct.
 9        Q.    Were you at cruising speed at the time?
10        A.    I believe so.
11        Q.    Do you remember how long you were at cruising
12   speed for?
13        A.    I don't know.  I'm wanting to say I was out
14   close to Barwell Island, but I'm not positive.
15        Q.    Okay.  And if you could describe for me what
16   happened in the sense of, how did you know the engine
17   failed?  What led you to believe it was having problems?
18        A.    I just heard a ticking noise that wasn't
19   normal, because when you run a boat long enough you kind
20   of learn the intricacies of each boat and how it differs
21   from the other ones.  The sounds are different, the
22   engine noises.  You know, even so much the wind going by
23   the door you get to know the differences.  And I heard
24   just a different -- kind of a ticking noise, so I just
25   shut the engine down right then.
```

```
 1      Q.    Okay.  So you were going along cruising speed.
 2  You heard that ticking noise, which you thought was
 3  unusual?
 4      A.    Yes.
 5      Q.    And you just shut down the engine?
 6      A.    I did.
 7      Q.    Do you remember what you did next?
 8      A.    I don't.  I think we came back in.  If I
 9  remember correctly I think we canceled the trip and came
10  back in.  I don't remember for sure.
11      Q.    Do you remember at the time you heard the
12  ticking noise and the time you shut down the engine where
13  the passengers were?
14      A.    All over the boat.
15      Q.    That's my question.  Generally, as you're going
16  out and you guys had not started fishing yet, correct?
17      A.    No.
18      Q.    Where are the passengers generally?
19      A.    They're usually milling around the back of the
20  deck.  The only place they're not allowed is in the
21  front -- right in front of my vision so I can't see
22  where logs and things are coming up in front of me.  They
23  might have been milling around the back, walking the back
24  deck, sitting inside, sometimes they play cards,
25  sometimes they just relax.  A lot of them sleep.
```



1  generally call, you know, somebody else that's close by
2  like one of your other boats in your fleet and ask for a
3  tow-in.  And then it would be the boat's responsibility
4  that's actually doing the towing to contact the Coast
5  Guard or go out under a Pan-Pan or some other kind of a
6  radio signal, letting us know that there is a restrictive
7  vessel coming into the area.
8      Q.    Okay.  On the date the engine failed, I know
9  you mentioned that when you came back into the docks it
10 was tough to park, which is obvious?
11     A.    Yes.
12     Q.    Did you have any problems getting the boat back
13 in other than that?
14     A.    No, it was just a little bit more difficult to
15 steer.
16          MR. BIR:  That's all I have.  Leonard?
17                        EXAMINATION
18 BY MR. ANDERSON:
19     Q.    I just want to clarify one thing.  You were
20 asked a question about -- and I think I know the answer.
21 I just want to make sure the record reflects it.  The
22 question about having been employed through the end of
23 the summer, that included all the way through November;
24 is that correct?
25     A.    Correct.

1  Q.  So that would just be the season and maybe not just the summer months?
3  A.  Correct. Fishing season, including deer hunting.
5      MR. ANDERSON: Okay. Thank you.
6      MR. BIR: Let's go off record for a minute.
7      (Off record.)
8      MR. BIR: Okay. At this time I propose that we relieve the court reporter of her duty under the Code. The parties have agreed that Mr. Summers will not receive a copy of his transcript. He is satisfied that his testimony is completely accurate. As such the original transcript as prepared by the reporter will be the operative and valid transcript.
15      The original transcript will be sent to my office at which time I will keep the original transcript and make it available for any party that would like to see the original transcript.
19      In any case, if the original transcript is destroyed, lost or otherwise unavailable, a certified copy can be used in its place at any trial or proceeding in this case with the same full force and affect.
23      MR. ANDERSON: That's it.
24      MR. BIR: We're good.
25      (Proceedings concluded at 1:45 p.m.)
        (Signature waived.)

```
 1                    REPORTER'S CERTIFICATE
 2         I, ROSIE S. SCOTT, CSR, hereby certify:
 3         That I am a Certified Shorthand Reporter
 4   for Alaska Stenotype Reporters and Notary Public for the
 5   State of Alaska; that the foregoing proceedings were
 6   taken by me in computerized machine shorthand and
 7   thereafter transcribed by me; that the transcript
 8   constitutes a full, true and correct record of said
 9   proceedings taken on the date and time indicated therein.
10              Further, that I am a disinterested person to
11   said action.
12              IN WITNESS WHEREOF, I have hereunto
13   subscribed my hand and affixed my official seal this
14   _16th_ day of _December_, 2005.
15
16
17
18                    _____
19                    ROSIE S. SCOTT
                      Certified Shorthand Reporter
20                    My Commission Expires
                      8/16/08
21
22
23
24
25
```

Alaska Stenotype Reporters

Ex. C, pg. 9 of 9