# CATERPILLAR

```
WZ427----REG
         INVOICE                        NUMBER  CE   109498    PAGE NO. 1
SELLER                                                         DATE 3-06-84
CATERPILLAR TRACTOR CO.                 REFERENCE DATA
100 NE ADAMS STREET                     ORDER 3413/2-A4    8161
PEORIA, IL 61629                        S.O. WZ427         SHIPPED 3-06-84
                                        B/L    E B   516800

BUYER                                   ORIGIN OF GOODS: UNITED STATES
FABCO EQUIPMENT INC.
1111 APPLEGATE ROAD                     TERMS: A1630
P.O. BOX 9040                                  358.44 CASH DISCOUNT
MADISON, WISCONSIN 53715                       IF PAID WITHIN 16 DAYS
                                               FROM INVOICE DATE.
                                               NET DUE 30 DAYS AFTER
                                               INVOICE DATE.
                                        CURRENCY: UNITED STATES DOLLAR

                                        OTHER
                                        SHIP-TO
                                            FABCO EQUIPMENT INC.
                                            600 HANSEN ROAD
                                            P.O. BOX 19976
                                            GREEN BAY, WI. 54307
```

| AI | QTY | IS | REF NO | PRODUCT DESCRIPTION | SELLING PRICE |
|----|-----|----|--------|---------------------|---------------|
| 1 | 01 |   | PA0812 | 3208 DITA MARINE ENG.(HE COOL) | 18770.00 |
|   |    |   |        | Z075L    ENGINE S/N  01Z06886 |  |
|   | 1  |   | 1W3946 | CONTROL GP - FUEL RATIO | 58.00 |
| S | 1  |   | 4W1310 | MOUNTING GP-ENGINE (FLEXIBLE) | 147.00 |
|   | 1  |   | 7W4039 | ELBOW GP - EXHAUST | 396.00 |
|   | 1  |   | 7C0949 | SHUT-OFF GP-ELECTRICAL(12V ETS | 10.00 |
| 1 | 00 |   | PL4858 | TRANS AR-MAR.(1.98:1) MG507 | 4515.00 |
|   |    |   |        | TRANSMSSN S/N  5V5465 |  |
| 1 | 01 |   | PL0545 | 375 BHP WOF 2800 RPM HIGH PERF | V/I |
|   |    |   |        | TOTAL | 23896.00 |
|   |    |   |        | LESS 25.000% DISCOUNT | -5974.00CR |
|   |    |   |        | TOTAL | 17922.00 |
|   | 1  |   | 0P9604 | PAINT WHITE | V/I |
|   |    |   |        | INVOICE GRAND TOTAL | 17922.00 |

CAT 0238                    Ex. E, pg. 1 of 5

073719 - MCO

Caterpillar, Cat and ◨ are Trademarks

Dec.16. 2005 2:37PM  CORP RECORD CENTER                  No.5780  P. 3/3

CATERPILLAR FORM NO. 01-082724-03 (2903)

## SHIPPING ORDER DATA SHEET

| ORDER TYPE | ORDER ANALYST | ENTRY CLERK | ACK. ISSUE NO. | PAC. ISSUE NO. | S.P.A. ISSUE NO. | ORDER RECEIPT DATE | ORDER ENTRY DATE | DATA SHEET ISSUE DATE | SHIPPING PLANT | SALES AREA | ISSUE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | DHN | PBF | 00 | 00 | 00 | 02-07-86 | 02-07-86 | 02-11-86 | E | 0 WZ427 | 03 |

*** CHANGES ARE FROM ISSUES 02 - 03                     QUOTE NO. 04844

| ORDERED BY | ORDER NUMBER | SUB/AFP | PURCHASE ORDER NO. | | | SCHED |
|---|---|---|---|---|---|---|
| B161 | 3413/2-A4 | | | PROC. CODE | | CRT |
| FABCO EQ. INC. | | | | REASON 1 | | FILE |
| Z075L E268 | | | 7W7500 | REASON 2 | 605 | FEB 12 1986 |
| B163 SHIP TO | | | | REASON 3 | | |

FABCO EQUIPMENT INC.
600 HANSEN ROAD
P.O. BOX 19976
GREEN BAY, WI. 54307

CUSTOMER REF. NO. / SHIP BEFORE DATE
CUST. CODE / SHIP AFTER DATE
AC-TERMS
PARTIC. DLR. CODE / APPROXIMATE RTS DATE  2-27
CO-TERMS
IC-TERMS / SCHEDULE CODE  Q
ROUTING REQUESTED: CENTRAL WISCONSIN — FREIGHT CHARGE C — SL DATE FR 2-20

P220

| LINE NO. | REFERENCE NO. | QTY | ASSEM IND | LESS IND | NON-STD ITEM CODE | MODEL AND DESCRIPTION |
|---|---|---|---|---|---|---|
| 001 | | 1 | | | | PA0812  01 |
| 002 | | | | | | |
| 003 | 7W7500 | 1 | | | | 3208 DITA MARINE ENG.(HE COOL) |
| 004 | 2W9559 | 1 | | | | 3208 DITA ENGINE AR. - BASIC |
| 005 | 2W9560 | 1 | | | | GUARD GP - BELT |
| 006 | 4N9801 | 1 | | | | SUPPORT GP-ENGINE |
| 007 | 7N2951 | 1 | | | | STARTING GP (12V) |
| 008 | 7W8030 | 1 | | | | LINES GP-WATER |
| 009 | 5P2506 | 1 | S | | | LINES GP - AUX |
| 010 | 7W8029 | 1 | | | | LITERATURE GP |
| 011 | 2W3864 | 1 | | | | PUMP GP - AUX |
| 012 | 2W3863 | 1 | | | | DRIVE GP-AUX(ALT)(S.W.COOLED) |
| 013 | 7W1157 | 1 | | | | ALTERNATOR GP-CHARGING(12V) |
| | | | | | | CLEANER GP - AIR |
| 014 | 1W3946 | 1 | | | | CONTROL GP - FUEL RATIO |
| 015 | 4W1310 | 1 | S | | | MOUNTING.GP-ENGINE (FLEXIBLE) |
| 016 | 7W4039 | 1 | | | | ELBOW GP - EXHAUST |
| 017 | 7C0949 | 1 | | | | SHUT-OFF GP-ELECTRICAL(12V ETS |
| 018 | | 1 | | | | PL4858  00 |
| 019 | | | | | | TRANS AR-MAR.(1.98:1) MG507 |
| 020 | 3T2378 | 1 | | | | GEAR GP-MAR-BASIC-MG507 1.98:1 |
| 021 | 4W1065 | 1 | | | | MTG.GP-MARINE TRANS. (MG507) |
| 022 | 0P9606 | 1 | | | | PAINT WHITE |
| 023 | | 1 | | | | PL8545  01 |
| 024 | | | | | | 375 BHP WOF 2800 RPM HIGH PERF |
| 025 | 0T6428 | 1 | | | | 280 KW @ 2800 RPM (375 BHP) |
| 026 | 010 101 | N | N | Y Y | N | THIS ORDER COVERED BY: |
| 027 | 011 101 | N | N | Y Y | N | QUOTE NO. 04844 |
| 028 | 013 101 | N | N | Y Y | N | REQ. ERTS DAY OF 2/27/86 |
| 029 | 020 762 | N | Y | Y N | N | A1630 TERMS    CASH DISCOUNT IF |
| 030 | 021 762 | N | Y | Y N | N | PAID 16 DAYS AFTER INVOICE DATE. |
| 031 | 022 762 | N | Y | Y N | N | NET 30 DAYS AFTER INVOICE DATE. |
| 032 | ******************* | | | | | DELETIONS FROM PREVIOUS ISSUE |
| 033 | - | | | | | B163 - FABCO EQ.INC. |
| 034 | CONTINUED ON NEXT PAGE | | | | | |

Ex. E, pg. 2 of 5

507514

CAT 0234

CATERPILLAR FORM NO. 01-082724-03 (2903)    **SHIPPING ORDER DATA SHEET**

| ORDER TYPE | ORDER ANALYST | ENTRY CLERK | ACK. ISSUE NO. | FAC. ISSUE NO. | S.P.A. ISSUE NO. | ORDER RECEIPT DATE | ORDER ENTRY DATE | DATA SHEET ISSUE DATE | SHIPPING PLANT | SALES AREA | | ISSUE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 02-07-86 | 02-11-86 | E | U | WZ427 | 03 |

| ORDERED BY | ORDER NUMBER | SUB/APF | PURCHASE ORDER NO. | EXCEPTION PROCESSING | | |
|---|---|---|---|---|---|---|
| | | | | PROC. CODE | | |
| | | | | REASON 1 | | |
| | | | | REASON 2 | | |
| | | | | REASON 3 | | |

| SHIP TO | | CUSTOMER REF. NO. | SHIP BEFORE DATE |
|---|---|---|---|
| | | CUST. CODE | SHIP AFTER DATE |
| | | AC-TERMS | |
| | | PARTICIP DLR. CODE | APPROXIMATE RTS DATE |
| | | CO-TERMS | |
| | | IC-TERMS | SCHEDULE CODE |
| LTL-LCL CODE | ROUTING REQUESTED | FREIGHT CHARGE | DISC. CODE | S.P.A. IND. | DATE |

| LINE NO. | CHG. NO. | REFERENCE NO. | SPL. RTG. | QUANTITY | ASSEM IND | LESS IND | NON-STD ITEM CODE | MODEL AND DESCRIPTION | S/N PFX/NO. |
|---|---|---|---|---|---|---|---|---|---|
| 035 | CONTINUED FROM PREVIOUS PAGE | | | | | | | | |
| 036 | ****************** NONE | | | | | | | | |

END OF DOCUMENT    Ex. E, pg. 3 of 5

**CAT 0235**

CATERPILLAR FORM NO. 01-082724-03 IZ9031

## SHIPPING ORDER DATA SHEET

| ORDER TYPE | ORDER ANALYST | ENTRY CLERK | A.C. ISSUE NO. | F.A.C. ISSUE NO. | S.P.A. ISSUE NO. | ORDER RECEIPT DATE | ORDER ENTRY DATE | DATA SHEET ISSUE DATE | SHIPPING PLANT | SALES AREA | DATE ORDER | ISSUE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | DHN | PBF | 00 | 00 | 00 | 02-07-86 | 02-07-86 | 02-07-86 | E | 0 | WZ427 | 01 |

QUOTE NO. 04844

| ORDERED BY | ORDER NUMBER | SUB/AFF | PURCHASE ORDER NO. | EXCEPTION PROCESSING | | SCHED |
|---|---|---|---|---|---|---|
| B163 | 3413/2-A4 | | | PROC. CODE | | |
| FABCO EQ.INC. | | | | REASON 1 | | FILE |
| | | | | REASON 2 | 685 | |
| Z075L  E268 | | | 7W7500 | REASON 3 | | |

| B163  SHIP TO | CUSTOMER REF. NO. | SHIP BEFORE DATE | |
|---|---|---|---|
| FABCO EQUIPMENT INC. | | | |
| 600 HANSEN ROAD | CUST. CODE | SHIP AFTER DATE | |
| P.O. BOX 19976 | AC-TERMS | | |
| GREEN BAY, WI.  54307 | PARTICIP DLR. CODE | APPROXIMATE RTS DATE | |
| | CO-TERMS | | |
| | IC-TERMS | SCHEDULE CODE | Q4844 |

| LTL-LCL CODE | ROUTING REQUESTED | FREIGHT CHARGE | DISC. CODE | S.P.A. IND. | SL DATE |
|---|---|---|---|---|---|
| Y | CENTRAL WISCONSIN | C | | | FR |

| LINE NO. | CHG. IND. | REFERENCE NO. | STL RTD | QUANTITY | ASSEM IND | LESS IND | NON-STD ITEM CODE | MODEL AND DESCRIPTION | S/N PFX/NO. |
|---|---|---|---|---|---|---|---|---|---|
| 001 | | | | 1 | | | | PA0812  01 | |
| 002 | | | | | | | | 3208 DITA MARINE ENG.(HE COOL) | |
| 003 | | 7W7500 | | 1 | | | | 3208 DITA ENGINE AR. - BASIC | |
| 004 | | 2W9559 | | 1 | | | | GUARD GP - BELT | |
| 005 | | 2W9560 | | 1 | | | | SUPPORT GP-ENGINE | |
| 006 | | 4N9801 | | 1 | | | | STARTING GP (12V) | |
| 007 | | 7N2951 | | 1 | | | | LINES GP-WATER | |
| 008 | | 7W8030 | | 1 | | | | LINES GP - AUX | |
| 009 | | 5P2506 | | 1 | S | | | LITERATURE GP | |
| 010 | | 7W8029 | | 1 | | | | PUMP GP - AUX | |
| 011 | | 2W3864 | | 1 | | | | DRIVE GP-AUX(ALT)(S.W.COOLED) | |
| 012 | | 2W3863 | | 1 | | | | ALTERNATOR GP-CHARGING(12V) | |
| 013 | | 7W1157 | | 1 | | | | CLEANER GP - AIR | |
| 014 | | 1W3946 | | 1 | | | | CONTROL GP - FUEL RATIO | |
| 015 | | 4W1310 | | 1 | S | | | MOUNTING.GP-ENGINE (FLEXIBLE) | |
| 016 | | 7W4039 | | 1 | | | | ELBOW GP - EXHAUST | |
| 017 | | 7C0949 | | 1 | | | | SHUT-OFF GP-ELECTRICAL(12V ETS | |
| 018 | | | | 1 | | | | PL4858  00 | |
| 019 | | | | | | | | TRANS AR-MAR.(1.98:1) MG507 | |
| 020 | | 3T2378 | | 1 | | | | GEAR GP-MAR-BASIC-MG507 1.98:1 | |
| 021 | | 4W1065 | | 1 | | | | MTG.GP-MARINE TRANS. (MG507) | |
| 022 | | 0P9606 | | 1 | | | | PAINT WHITE | |
| 023 | | | | 1 | | | | PL8545  01 | |
| 024 | | | | | | | | 375 BHP WOF 2800 RPM HIGH PERF | |
| 025 | | 0T6428 | | 1 | | | | 280 KW @ 2800 RPM (375 BHP) | |
| 026 | | 010 101 | N | N | Y | Y | N | THIS ORDER COVERED BY: | |
| 027 | | 011 101 | N | N | Y | Y | N | QUOTE NO. 04844 | |
| 028 | | 013 101 | N | N | Y | Y | N | REQ. ERTS DAY OF 2/27/86 | |
| 029 | | 020 762 | N | Y | Y | N | N | A1630 TERMS   CASH DISCOUNT IF | |
| 030 | | 021 762 | N | Y | Y | N | N | PAID 16 DAYS AFTER INVOICE DATE. | |
| 031 | | 022 762 | N | Y | Y | N | N | NET 30 DAYS AFTER INVOICE DATE. | |

Handwritten annotations: OK W/SOL 2/17/86; 2-10-86

END OF DOCUMENT            Ex. E, pg. 4 of 5

CAT 0236

# CATERPILLAR TRACTOR CO.   FACTORY ORDER

**8161**
**FABCO EQ. INC.**
**MADISON, WISCONSIN**

REPORT-READY TO SHIP
DATE _____
BY _____

| E. MOD. | PROG. NO. | SOL:02-20-86 | | | FACTORY RELEASE DATE | | | |
|---|---|---|---|---|---|---|---|---|
| E268 | 7W7500 | Z075L | | | 02-13-86 | | SECT: 68500 | |
| ORDER ANALYST | ORDER NUMBER | ISSUE DATE | ORDER TYPE | SCHEDULE CODE | APPROX. RTS DATE | SHIPPING PLANT | SALES AREA | SHIPPING ORDER CONTROL NO. | FACTORY ISSUE NO. |
| DHN | 3413/2-A4 | 02-12-86 | REG | Q | 02-27-86 | E | U | WZ427 | 01 |

| LINE NO. | CHG. IND. | ASSEN. IND. | QUANTITY | REFERENCE NO. | MODEL AND DESCRIPTION |
|---|---|---|---|---|---|
| 001 | | | 1 | | PA0812  01 |
| 002 | | | | | 3208 DITA MARINE ENG. (HE COOL)  01Z06886 |
| 003 | | | 1 | 7W7500 | 3208 DITA ENGINE AR. - BASIC |
| 004 | | | 1 | 2W9559 | GUARD GP - BELT |
| 005 | | | 1 | 2W9560 | SUPPORT GP-ENGINE |
| 006 | | | 1 | 4N9801 | STARTING GP (12V) |
| 007 | | | 1 | 7N2951 | LINES GP-WATER |
| 008 | | | 1 | 7W8030 | LINES GP - AUX |
| 009 | | S | 1 | 5P2506 | LITERATURE GP |
| 010 | | | 1 | 7W8029 | PUMP GP - AUX |
| 011 | | | 1 | 2W3864 | DRIVE GP-AUX(ALT)(S.W.COOLED) |
| 012 | | | 1 | 2W3863 | ALTERNATOR GP-CHARGING(12V) |
| 013 | | | 1 | 7W1157 | CLEANER GP - AIR |
| 014 | | | 1 | 1W3946 | CONTROL GP - FUEL RATIO |
| 015 | | S | 1 | 4W1310 | MOUNTING.GP-ENGINE (FLEXIBLE) |
| 016 | | | 1 | 7W4039 | ELBOW GP - EXHAUST |
| 017 | | | 1 | 7C0949 | SHUT-OFF GP-ELECTRICAL(12V ETS |
| 018 | | | 1 | | PL4858  00 |
| 019 | | | | | TRANS AR-MAR.(1.98:1) MG507 |
| 020 | | | 1 | 3T2378 | GEAR GP-MAR-BASIC-MG507 1.98:1 |
| 021 | | | 1 | 4W1065 | MTG.GP-MARINE TRANS. (MG507) |
| 022 | | | 1 | 0P9606 | PAINT WHITE |
| 023 | | | 1 | | PL8545  01 |
| 024 | | | | | 375 BHP WOF 2800 RPM HIGH PERF |
| 025 | | | 1 | 0T6428 | 280 KW @ 2800 RPM (375 BHP) |

END OF DOCUMENT          445867          Ex. E, pg. 5 of 5

CAT 0237