IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NINILCHIK CHARTERS, LLC,
　　　Plaintiff,

vs.

CATERPILLAR, INC; a Delaware
Corporation,
　　　Defendant.
_____
Case No. A04-0250 CV (JKS)


DEPOSITION OF MICHAEL FLORES,

Pages 1-177, inclusive

Commencing at 10:00 a.m.

Wednesday, November 9, 2005

Anchorage, Alaska


Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage, AK 99501-3520
Serving Alaska Since 1953

Rick D. McWilliams, RPR, Ret.　　Telephone 907.276.1680
Fred M. Getty, RPR, Ret.　　　　　Email AkSteno@aol.com
　　　　　　　　　　　　　　　　　Fax 907.276-8016



```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3
 4   NINILCHIK CHARTERS, LLC,
          Plaintiff,
 5
     vs.
 6
     CATERPILLAR, INC; a Delaware
 7   Corporation,
          Defendant.
 8   _____
     Case No. A04-0250 CV (JKS)
 9
10                  DEPOSITION OF MICHAEL FLORES,
11   taken on behalf of the defendant, pursuant to notice, at
12   the law offices of Hughes, Bauman, Pfiffner, Gorski and
13   Seedorf, 3900 C Street, Suite 1001, Anchorage, Alaska
14   before Rosie S. Scott, Certified Shorthand Reporter for
15   Alaska Stenotype Reporters and Notary Public for the
16   State of Alaska.
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1                        A-P-P-E-A-R-A-N-C-E-S

 2

 3   For the Plaintiff:    DAVIS AND DAVIS
                           By:  Leonard R. Anderson
 4                         405 West 36th Avenue
                           Suite 200
 5                         Anchorage, Alaska 99503
                           (907) 561-4420
 6

 7   For the Defendant:    SEDGWICK DETERT MORAN AND ARNOLD
                           By:  Daniel W. Bir
 8                         801 South Figueroa Street
                           Eighteenth Floor
 9                         Los Angeles, CA 90017-5556
                           (213) 615-8051
10

11

12

13

14

15

16

17   Reported By:          Rosie S. Scott, Certified
                           Shorthand Reporter
18

19

20

21

22

23

24

25
```

Page 3

EXHIBIT 2

```
 1                          I-N-D-E-X

 2

 3
     EXAMINATION BY:                                      PAGE
 4

 5         Mr. Bir                                         5

 6         Mr. Anderson                                   168

 7         Further by Mr. Bir                             171

 8

 9

10

11   EXHIBITS:

12         Exhibit 1, Deposition Notice                    11

13         Exhibit 2, Extended Service Contract            64

14         Exhibit 3, Documents                            70

15         Exhibit 4, First Amended Complaint              90

16         Exhibit 5, Travel Log                          108

17         Exhibit 6, Wilkie's Invoice                    141

18         Exhibit 7, Ninilchik Find Report               153

19         Exhibit 8, Calendar                            162

20         Exhibit 9, Photo of Serial Number Engine       168

21

22

23

24

25

Page 4
```

EXHIBIT # 2

Page 117

1  from the fact that it is broken in half?
2  A. It's the same thing that's followed through
3  with both engines. Both of them were broken in half.
4  And that goes right in line with those other four blocks
5  I looked at. All those cranks were broken in the same
6  spot.
7  Q. Okay. We'll get to the other ones in a minute.
8     Did you -- aside from noticing the fact that
9  the crank is broken, did you do any other analysis on the
10 crank to determine if there was -- that it was not within
11 design specifications or manufacturing specifications,
12 anything like that at all?
13 A. No. We haven't had any metallurgy test done.
14 Q. So you have not --
15 A. Not yet.
16 Q. -- requested those?
17 A. Not yet.
18 Q. What exactly do you claim is the problem with
19 the crankshaft? I mean, you say there's a problem.
20 A. We don't know -- well, we don't know if it's
21 the crankshaft or if it's the block.
22 Q. Okay.
23 A. It's -- obviously it's one of the two, because
24 the failures keep happening. They're either in the block
25 or they're in the crank. And nobody has -- we haven't

Page 118

1  determined that yet, the cause. That's why we're here.
2  Q. Just going back, from the time on the ARCTIC
3  ENDEAVOR -- it was a 1978 boat, correct?
4  A. Yes.
5  Q. Are you informed at all, during the time from
6  1978 till the time it sank in 1994, which I believe is,
7  what, 16 years, of whether there was an engine block or
8  crank failure on that boat?
9  A. I have no knowledge.
10 Q. Okay. You also mentioned that you believe that
11 there's a problem with the engine block?
12 A. Correct.
13 Q. What do you believe is the problem with the
14 engine block?
15 A. Whether it be the depth of the main journal
16 holes or -- or a flaw in the block design, they all tend
17 to break in one of those two spots, the two blocks that
18 we have are identical to those other four blocks.
19 They're broken in the same spot. It's not a number four
20 or a number one, but they're in the middle.
21 Q. Now, both of the blocks that you're referring
22 to, the one is the subject engine?
23 A. Correct.
24 Q. And the other engine block is a block that
25 Dustin Clark give you when you purchased the boat back in

Page 119

1  2002, correct?
2  A. Yes.
3  Q. Okay.
4  A. It was -- actually, the whole motor -- that
5  motor came out.
6  Q. So that was not just the block and the crank?
7  A. No. It was the whole motor.
8  Q. And he give you the whole motor?
9  A. Yeah.
10 Q. Just for spare parts?
11 A. Yeah.
12 Q. Have you had anyone look at the engine block to
13 determine if it's out of specification, either design or
14 manufacturing specifications?
15 A. Not yet, other than yesterday.
16 Q. You also stated that the depth of the main
17 journal hole is going to be a problem. What leads you to
18 believe that, if you do have a belief of that?
19 A. The other four blocks that broke, that was the
20 cause on one or two of those blocks. At least one of
21 them was linked to that.
22    MR. ANDERSON: And that's your understanding?
23 BY MR. BIR:
24 Q. That's your understanding?
25 A. That's what I was told by the director of

Page 120

1  maintenance for that outfit.
2  Q. For what outfit?
3  A. The Military Rec Camp in Seward.
4  Q. And is that gentleman's name Monty Fisher?
5  A. Correct.
6  Q. And he's told you that he's had some problems
7  with the depth of the main journal holes?
8  A. Correct.
9  Q. But you have not specifically inspected or
10 examined the depth of the main journal holes to see if
11 they are within specification?
12 A. No.
13 Q. Have you had anybody inspect or examine --
14 A. Other than yesterday --
15 Q. Other than yesterday?
16 A. -- no.
17 Q. Now, you mentioned that you had spoke with
18 Mr. Fisher about some problems he had with the 3208, and
19 he referenced that the depth of main journal holes may
20 have been a problem on one or -- how many of his engine
21 blocks?
22 A. It was either one or two.
23 Q. Okay. Did he tell you -- actually, let me back
24 up.
25    Did you look at those engine blocks?

Page 125

1 either of your engines?
2   A. No.
3   Q. Do you know of anybody that has had a problem
4 with that?
5   A. No.
6   Q. You don't.
7     What was -- where did this problem come from?
8 I mean, I'm --
9   A. Just, again, talking to different people that
10 have had failures. You know, it wasn't Monty, and it
11 wasn't Candopoulos. People that had had a 3208.
12   Q. Well, you just told me you don't know of
13 anybody that's had that problem.
14   A. On the harmonic balancer.
15   Q. That's what I mean.
16     So that's -- the propensity to go out of
17 balance, where did you -- what's your basis for thinking
18 that may have happened on this engine, if you have one?
19   A. I'm not. I'm saying that there's a design flaw
20 in the block.
21   Q. Okay. So the propensity for it to go out of
22 balance, that's not something you think happened here?
23 Or is that just kind of a -- are you throwing that out as
24 a possibility?
25   A. It's a possibility. It could happen, just like

Page 126

1 the timing gear slip.
2   Q. Right. Okay. Is it also a possibility that
3 the engine, after it was installed in 1994 after the boat
4 sank, that it was installed incorrectly and the engine
5 mounts were wrong, and it created a bend or torque in the
6 crankshaft that could have caused it to break?
7   A. I would have to say no, because obviously
8 we're -- you know, we were running the boat. There was
9 no vibration when we got it. All the motor mounts looked
10 good.
11   Q. Right. But is it a possibility?
12   A. Sure.
13   Q. Okay. You also mentioned that there may be a
14 problem with the bolt holes?
15   A. Correct.
16   Q. Explain to me what you mean by -- is it the
17 depth of the bolt holes? I'm not -- I'm not too sure on
18 that. So if you could explain that to me.
19   A. When they drilled them and tapped them at the
20 factory, they weren't long enough. So when the bolts
21 went into the bolt holes, they weren't deep enough. So
22 bolts bottomed. They achieved their correct torque for
23 the caps, but the cap was not seated all the way down on
24 the crank.
25   Q. Okay. And, again, when you removed the engine,

Page 127

1 is this something you inspected personally? Did you
2 measure the depth of --
3   A. No. I didn't tear the motor down.
4   Q. Okay. Did you have anybody inspect the depth
5 of the bolt holes to see if they were proper design or
6 manufacturing specifications?
7   A. We didn't, no.
8   Q. Is this a problem -- and I'm making an
9 assumption. Tell me whether I'm wrong or right.
10     In conversations with other people, this was a
11 problem they had on the 3208?
12   A. Yes.
13   Q. And who was that?
14   A. Monty Fisher. When they had their blocks
15 inspected by Caterpillar, the first thing they did was
16 measure the depth of the bolt holes, just like they did
17 ours yesterday.
18   Q. And Monty told you they came up wrong?
19   A. Yeah.
20   Q. Did Mr. Fisher tell you during the course of
21 this conversation that all four of those engine blocks,
22 prior to their failure, had been completely overhauled
23 by -- I believe it's Wilke, Bob Wilke's Equipment? Is
24 that the right name?
25   A. Yeah.

Page 128

1   Q. Did he tell you that?
2   A. No.
3   Q. So even though you had the discussion about the
4 engine block failures, he didn't tell you that each one
5 of those had been at Wilke's repair shop and completely
6 overhauled before the repair?
7   A. No.
8     Is that true?
9     MR. ANDERSON: We can ask about it later.
10 BY MR. BIR:
11   Q. We can talk about it later.
12     Okay, as we sit here today, can you think of
13 any other problems or causes that may have caused the
14 engine failure, through maybe your own hypothesis or
15 talking with other people?
16   A. No.
17     Some of the ones that we've just talked about,
18 I mean --
19   Q. Exactly. I apologize.
20     Other than the timing advance gear, the cam and
21 gear dampeners, the crankshaft, engine block, depth of
22 the main journal holes, the propensity to get out of
23 balance, and the depth of the bolt holes, is there
24 anything else that you've heard of, of having problems on
25 the 3208?

35 (Pages 125 to 128)

```
 1                    REPORTER'S CERTIFICATE
 2        I, ROSIE S. SCOTT, CSR, hereby certify:
 3        That I am a Certified Shorthand Reporter
 4   for Alaska Stenotype Reporters and Notary Public for the
 5   State of Alaska; that the foregoing proceedings were
 6   taken by me in computerized machine shorthand and
 7   thereafter transcribed by me; that the transcript
 8   constitutes a full, true and correct record of said
 9   proceedings taken on the date and time indicated therein.
10        Further, that I am a disinterested person to
11   said action.
12        IN WITNESS WHEREOF, I have hereunto
13   subscribed my hand and affixed my official seal this
14   9th day of December, 2005.
15
16
17
18
19        ROSIE S. SCOTT
          Certified Shorthand Reporter
20        My Commission Expires
          8/16/08
21
22
23
24
25
```

Alaska Stenotype Reporters

EXHIBIT # 2
PAGE# 7 OF# 7