**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*Ninilchik Charters LLC v. Caterpillar Inc.*
Case No. 3:04-cv-00250-JKS

By:           THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:   ORDER FROM CHAMBERS

Pursuant to stipulation of the parties, the pretrial order is modified so that discovery must be completed by June 30, 2006, and all associated deadlines travel with the discovery closure date.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: January 10, 2006

*     ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER. Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

C:\Documents and Settings\danm\Local Settings\Temp\notes06E812\A04-0250.001.wpd

**Ex. B, p. 1 of 1**