Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Phone: (907) 263-8241
Fax: (907) 263-8320
E-mail: fap@hbplaw.net
ABA No. 7505032

Elliott D. Olson
Daniel W. Bir
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant Caterpillar Inc.
(erroneously served and sued as Caterpillar, Inc.)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NINILCHIK CHARTERS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CATERPILLAR, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:04-cv-250 (TMB) |

Proposed Order Granting Motion to Strike the Affidavit of Robert Wilkison Filed in Opposition to Caterpillar's Motion for Summary Judgment
*Ninilchik Charters, LLC v Caterpillar Inc.*
Case No. 3:04-cv-250 (TMB)
(8367-2/246175)　　　　　　　　Page 1 of 3

**PROPOSED ORDER GRANTING MOTION
TO STRIKE THE AFFIDAVIT OF ROBERT WILKISON FILED IN
OPPOSITION TO CATERPILLAR'S MOTION FOR SUMMARY JUDGMENT**

Having considered the Motion to Strike the Affidavit of Robert Wilkison Filed in Opposition to Caterpillar's Motion for Summary Judgment, any opposition thereto, and being otherwise fully advised in the premises,

**IT IS THEREFORE ORDERED** that the Motion to Strike the Affidavit of Robert Wilkison Filed in Opposition to Caterpillar's Motion for Summary Judgment is granted.

DATED at Anchorage, Alaska, this ___ day of _____, 2006.

_____
Timothy M. Burgess
Judge of the U.S. District Court

Certificate of Service

      I hereby certify that on May 3, 2006, a copy of the foregoing Proposed Order Granting Motion for Summary Judgment by Defendant Caterpillar Inc. was served electronically on:

Leonard R. Anderson
Davis, Randall, Anderson, & Mathis, PC
405 W. 36th Avenue, Suite 200
Anchorage, AK 99503-5872


s/ Frank A. Pfiffner_____


Proposed Order Granting Motion to Strike the Affidavit of Robert Wilkison Filed in Opposition to Caterpillar's Motion for Summary Judgment
*Ninilchik Charters, LLC v Caterpillar Inc.*
Case No. 3:04-cv-250 (TMB)
(8367-2/246175)                        Page 3 of 3