# WILKIE'S
HEAVY EQUIPMENT REPAIR AND PARTS, INC
8820 King St -A   Anchorage, Alaska 99515
Office  907-344-9595
FAX:   907-344-8500

**INVOICE**

| | INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|---|
| | 08/30/02 | 7510 | |

SOLD TO: C.O.D. CUSTOMERS

SHIP TO: NINILCHIK CHARTERS
WO#5393

| ORDER NO | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NUMBER | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 24318 | 08/30/02 | *88860 | 003 | | | 08/27/02 | C.O.D. |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | ITEM DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | 4M5515 | COVER                          CAT | 297.28 | EACH | 297.28 |
| 1 | 1 | 9Y2300 | FILTER AIR                     CAT | 39.62 | EACH | 39.62 |
| 3 | 3 | *L | R&I TRANS ON ENGINE | 74.50 | EACH | 223.50 |
| 20 | 20 | A3005E | RUBBER BLOCK | 4.67 | EACH | 93.40 |
| 1 | 1 | *FREIGHT | FREIGHT CHARGES FROM CAT | 55.00 | EACH | 55.00 |
| 15 | 15 | *L | OVER TIME FOR REPAIRS 15 HRS AT $20.00 EXTRA | 20.00 | EACH | 300.00 |
| 1 | 1 | HAZMAT | ENVIROMENTAL CHARGE | 10.50 | EACH | 10.50 |
| 1 | 1 | 9Y0231 | LINE ASSY. UPDATES FROM 9N0061 | 63.05 | EACH | 63.05 |
| 1 | 1 | 9Y0237 | LINE ASSY NO. 7 | 52.46 | EACH | 52.46 |

EXHIBIT 2 PAGE 1

Str: 1   Reg: 2   Drw: 2   Usr:MC   10:15
AR  13,936.60

| | |
|---|---|
| SALE AMOUNT | 13,936.60 |
| MISC. CHARGES | |
| FREIGHT | |
| SALES TAX | .00 |
| TOTAL | 13,936.60 |
| PAYMENT REC'D | .00 |

NINIL 00001



**WILKIE'S**
*HEAVY EQUIPMENT REPAIR AND PARTS, INC*
8820 King St · A · Anchorage, Alaska 99515
Office: 907-344-9595
FAX:    907-344-8500

| | INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|---|
| | 08/30/02 | 24318 | |

SOLD TO: C.O.D. CUSTOMERS

SHIP TO: MINILODGE CHARTERS

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NUMBER | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 24318 | 08/30/02 | *00000 | 002 | | | 08/27/02 | C.O.D. |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | ITEM DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| 40 | 40 | *L | RECONDITION ENGINE | 74.50 | EACH | 2,980.00 |
| 8 | 8 | PK7737-SR | PISTON KIT, THREE RING | 84.46 | EACH | 675.68 |
| 1 | 1 | PGK0471 | GASKET KIT (MARINE) NR | 306.24 | EACH | 306.24 |
| | | | TURBO COMPLETE O/H, 3208 | | | |
| 1 | 1 | 7C0118 | DAMPER ASSEMBLY | 206.72 | EACH | 206.72 |
| | | | UPDATED FROM 1W6760 | | | |
| 1 | 1 | 9N5481 | BUSHING, OIL PUMP, | 12.89 | EACH | 12.89 |
| | | | HIGH VOLUME | | | |
| 1 | 1 | 9N5569 | ROTOR A., OIL PUMP | 158.75 | EACH | 158.75 |
| 2 | 2 | 102-8392 | REGULATOR | 8.96 | EACH | 17.92 |
| 1 | 1 | 122-7367 | WASHER | 5.31 | EACH | 5.31 |
| 3 | 3 | 4W0092 | MAIN BEARING STD | 10.44 | EACH | 31.32 |
| | | | REPLACES 9N5792 | | | |
| 1 | 1 | 4W0091 | MAIN BEARING STD | 22.36 | EACH | 22.36 |
| | | | REPLACES 9N5791 | | | |
| 1 | 1 | 4W0093 | MAIN BEARING STD. | 10.44 | EACH | 10.44 |
| 8 | 8 | 7E7894 | ROD BEARING STD. | 9.58 | EACH | 76.64 |
| | | | UPDATES FROM 4W0490 | | | |
| 8 | 8 | 0R3284 | NOZZLE EXCH, CAT | 56.81 | EACH | 454.48 |
| 1 | 1 | 141-3260 | BELL ASSY | 49.50 | EACH | 49.50 |
| 32 | 32 | 2A4429 | LOCK, VALVE NR | .34 | EACH | 10.88 |
| 8 | 8 | 9L7682 | VALVE, INTAKE | 16.31 | EACH | 130.48 |
| 8 | 8 | 119-6772 | VALVE, EXHAUST | 23.45 | EACH | 187.60 |
| | | | REPLACES 9N5125 | | | |
| 16 | 16 | V514 | VALVE SEAL | .75 | EACH | 12.00 |
| 16 | 16 | 9N5496 | SPRING, VALVE | 7.03 | EACH | 112.48 |
| 16 | 16 | 9N5495 | SPRING, VALVE | 4.86 | EACH | 77.76 |
| 1 | 1 | 131-7123 | GEAR & WT ASM, CAT | 328.17 | EACH | 328.17 |
| 4 | 4 | 4L8337 | SEAL-O-RING NR | 4.90 | EACH | 19.60 |
| 1 | 1 | 5H8048 | SEAL NR | 1.04 | EACH | 1.04 |
| 1 | 1 | 0R9086 | OIL COOLER EXCHANGE | 243.46 | EACH | 243.46 |

| | |
|---|---|
| SALE AMOUNT | |
| MISC. CHARGES | |
| FREIGHT | |
| SALES TAX | |
| TOTAL | |
| PAYMENT RECD | |

EXHIBIT 2 PAGE 2

NINIL 00003

**WILKIE'S**
HEAVY EQUIPMENT REPAIR AND PARTS, INC
8820 King St. A  Anchorage, Alaska 99515
Office: 907-344-9595
FAX: 907-344-8500

INVOICE

| | INVOICE NO. | |
|---|---|---|
| | 08/30/02 | 24318 |

| | | |
|---|---|---|
| SOLD TO | C.O.D. CUSTOMERS | |
| SHIP TO | NINILCHIK CHARTERS  WORK595 | |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NUMBER | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 24318 | 08/30/02 | *88888 | 002 | | | 08/27/02 | C.O.D. |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | ITEM DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| 16 | 16 | 9N0141 | SPRING | 12.58 | EACH | 201.28 |
| 4 | 4 | 9L3002 | DOWEL | 4.48 | EACH | 17.92 |
| 1 | 1 | 5M5518 | SEAL           (CAT) NR | 16.59 | EACH | 16.59 |
| 1 | 1 | 6V5102 | SEAL           (CAT) NR | 16.96 | EACH | 16.96 |
| 1 | 1 | 9L7875 | DIAPHRAGM | 4.86 | EACH | 4.86 |
| 2 | 2 | 704196 | GASKET              NR | 6.83 | EACH | 13.66 |
| 2 | 2 | 104-5613 | GASKET | 10.78 | EACH | 21.56 |
| 2 | 2 | 104-5618 | GASKET | 11.79 | EACH | 23.98 |
| 1 | 1 | 8B0076 | JOURNAL BEARING, STD/STD | 12.83 | EACH | 12.83 |
| 1 | 1 | 8B0517 | RETAINING RING | .41 | EACH | .41 |
| 1 | 1 | 8B0367 | PISTON RING | 11.19 | EACH | 11.19 |
| 1 | 1 | 8B0397 TUR | SHAFT LOCK NUT       TURBO | 5.63 | EACH | 5.63 |
| 1 | 1 | 8B0371 | PISTON RING          TURBO | 7.52 | EACH | 7.52 |
| 1 | 1 | *073 | RECONDITION TURBO | 125.00 | EACH | 125.00 |
| 1 | 1 | WX29B035 | BLOCK, 3208T | 1900.00 | EACH | 1,900.00 |
| 8 | 8 | WX7E4726 | CON ROD, EXCHANGE, 3208 UPDATES FROM WX1W2961 | 42.50 | EACH | 340.00 |
| 1 | 1 | WX9N6221 | CRANK EXCHANGE, 3208 | 1280.00 | EACH | 1,280.00 |
| 1 | 1 | 9Y8068 | OIL PUMP COVER | 331.01 | EACH | 331.01 |
| 1 | 1 | 9L0315 | ROCKER SHAFT | 136.49 | EACH | 136.49 |
| 1 | 1 | WX29B035C | BLOCK CORE CHARGE | 800.00 | EACH | 800.00 |
| 8 | 8 | WX7E4728C | CORE, ROD A. 3208 1.5 CC | 75.00 | EACH | 600.00 |
| 8 | 8 | *L-D | DYNO ENGINE | 85.00 | EACH | 680.00 |
| 4 | 4 | 1R0713 | FILTER, OIL  LF # LFP5570 | 4.60 | EACH | 18.40 |
| 1 | 1 | 1P2299 | FILTER, FUEL  LF # LFP440F | 5.07 | EACH | 5.07 |
| 4 | 4 | *OIL | OIL-GALLONS | 7.36 | GAL | 29.44 |
| 18 | 18 | *OIL | FUEL OIL-GALLONS | 2.28 | GAL | 41.04 |
| 1 | 1 | ANTIFREEZE | HEAVY DUTY ANTIFREEZE/ COOLANT BACK FLUSH | 8.95 | GAL | 8.95 |

| | |
|---|---|
| SALE AMOUNT | |
| MISC. CHARGES | |
| FREIGHT | |
| SALES TAX | |
| TOTAL | |
| PAYMENT RECD | |

EXHIBIT 2 PAGE 3