Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Phone: (907) 263-8241
Fax: (907) 263-8320
E-mail: fap@hbplaw.net
ABA No. 7505032

Attorneys for Defendant Caterpillar Inc.
(erroneously served and sued as Caterpillar, Inc.)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NINILCHIK CHARTERS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CATERPILLAR, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:04-cv-250 (TMB) |

## ERRATA TO JOINT STIPULATION MODIFYING SCHEDULING AND PLANNING ORDER

Please take notice that Caterpillar, Inc., by and through undersigned counsel, hereby submits the following correction to Joint Stipulation Modifying Scheduling and Planning Order:

(1)　All discovery commenced in time to be completed by November 30, 2006,

*Ninilchik Charters, LLC v. Caterpillar, Inc.*
Errata to Joint Stipulation Modifying Scheduling and Planning Order
Case No. 3:04-cv-250 (TMB)
(8367-2/249705)

Page 1 of 2

not November 31, 2006 as originally set forth.

DATED at Anchorage, Alaska, this 1st day of August, 2006.

           HUGHES BAUMAN PFIFFNER
           GORSKI & SEEDORF, LLC
           Attorneys for Defendant Caterpillar Inc.

By: s/ Frank A. Pfiffner
     Frank A. Pfiffner
     3900 C Street, Suite 1001
     Anchorage, AK  99503
     Phone: (907) 263-8241
     Fax: (907) 263-8320
     E-mail: fap@hbplaw.net
     ABA No. 7505032

### Certificate of Service

I hereby certify that on August 1, 2006, a copy of the foregoing Errata to Joint Stipulation Modifying Scheduling and Planning Order was served electronically on:

Leonard R. Anderson
Davis, Randall, Anderson, & Mathis, PC
405 W. 36th Avenue, Suite 200
Anchorage, AK 99503-5872


s/ Frank A. Pfiffner

*Ninilchik Charters, LLC v. Caterpillar, Inc.*
Errata to Joint Stipulation Modifying Scheduling and Planning Order
Case No. 3:04-cv-250 (TMB)
(8367-2/249705)