Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Phone: (907) 263-8241
Fax: (907) 263-8320
E-mail: fap@hbplaw.net
ABA No. 7505032

Attorneys for Defendant Caterpillar Inc.
(erroneously served and sued as Caterpillar, Inc.)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NINILCHIK CHARTERS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CATERPILLAR, INC., a Delaware corporation, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br> Case No. 3:04-cv-250 (TMB) |

## MOTION FOR ENRTY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a)(1), Defendant Caterpillar Inc. ("Caterpillar"), by and through its counsel of record, Hughes Bauman Pfiffner Gorski and Seedorf, LLC, hereby moves this court for Entry of Judgment against the Plaintiff Ninilchik Charters, LLC.

On November 15, 2006, this court granted Caterpillar's Motion for Summary Judgment that deposed of all of plaintiff's claims against Caterpillar. See Document No. 42. To date the court has failed to enter judgment in Caterpillar's favor. Caterpillar suggests that, without further delay, the court enter judgment in its favor in accordance with Form 32 of the Administrative Office forms.

DATED at Anchorage, Alaska, this 7th day of September, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant Caterpillar Inc.

By:   s/ Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, AK  99503
      Phone: (907) 263-8241
      Fax: (907) 263-8320
      E-mail: fap@hbplaw.net
      ABA No. 7505032

Certificate of Service

I hereby certify that on September 7, 2007, a copy of the foregoing Motion for Entry of Judgment by Defendant Caterpillar Inc. was served electronically on:

Davis, Randall & Mathis, PC
405 W. 36th Avenue, Suite 200
Anchorage, AK 99503-5872

And

Leonard R. Anderson
Large & Associates P.C.
745 W. 4th Avenue
Suite 230
Anchorage, AK  99501


s/ Frank A. Pfiffner