IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NINILCHIK CHARTERS, LLC,<br><br>           Plaintiff,<br>     vs.<br><br>CATERPILLAR, INC.,<br><br>           Defendant. | Case No. 3:04-cv-00250-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

   ___   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X    **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant Caterpillar, Inc. recover of the plaintiff Ninilchik Charters, LLC its costs of action in the amount of $_____.

APPROVED:

  /s/ Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| November 29, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |